**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Golden – PT's Pub Warm Springs 13, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an individual, | Case Number: 2:17-cv-01452-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| Golden – PT's Pub Warm Springs 13, LLC, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Golden – PT's Pub Warm Springs 13, LLC ("PT's Pub") (collectively as the "Parties"), that the Parties consent to extend the deadline for PT's Pub's response to Plaintiff's Complaint ("Complaint"). This is PT's Pub's second stipulation for an extension of time to file a response to the Complaint filed with this court. The extension is requested in order to provide the Parties time to discuss settlement.

1

The Parties agree that PT's Pub shall respond to the Complaint on or before August 31, 2017.

Dated this 8th day of August, 2017

THE WILCHER FIRM

By /s/ Whitney C. Wilcher, Esq.
Whitney C. Wilcher, Esq.
Nevada State Bar No. 7212
8465 West Sahara Avenue, Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
*Attorneys for Plaintiff*

Dated this 8th day of August, 2017

DICKINSON WRIGHT PLLC

By: /s/ Taylor Anello, Esq.
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello, Esq.
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorneys for Defendant Golden – PT's Pub Warm Springs 13, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 9th day of August 2017.

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 8th day of August 2017, a copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com

/s/ Lindsay Reed
An employee of Dickinson Wright PLLC