**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Golden-PT's*
*Pub Warm Springs 13, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>                               Plaintiff,<br><br>vs.<br><br>Golden-PT's Pub Warm Springs 13, LLC,<br><br>                               Defendant. | Case Number: 2:17-cv-01452-GMN-GWF<br><br>**STIPULATION AND ORDER RE:**<br>**DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Golden-PT's Pub Warm Springs 13, LLC, ("Defendant") (collectively as the "Parties"), hereby agrees and stipulates as follows:

/ / /

/ / /

1

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendant that the Parties agree to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

Dated this 22nd day of August, 2017                Dated this 22nd day of August, 2017

THE WILCHER FIRM                                   DICKINSON WRIGHT PLLC

By  /s/ Whitney C. Wilcher, Esq.                   By:  /s/ Cynthia L. Alexander, Esq.
Whitney C. Wilcher, Esq.                           Cynthia L. Alexander, Esq.
Nevada State Bar No. 7212                          Nevada Bar No. 6718
8465 West Sahara Avenue, Suite 111-236             Taylor Anello, Esq.
Las Vegas, NV 89117                                Nevada Bar No. 12881
(702) 466-1959                                     8363 West Sunset Road, Suite 200
*Attorneys for Plaintiff*                          Las Vegas, Nevada 89113-2210
                                                   *Attorneys for Defendant Golden-PT's Pub Warm Springs 13, LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this  25  day of  August  2017.

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 22nd day of August 2017, a copy of **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Whitney C Wilcher
The Wilcher Firm
8465 West Sahara Ave., Suite 111-236
Las Vegas, NV 89117
(702) 528-5201
Email: wcwilcher@hotmail.com
Attorney for Plaintiff

/s/Lindsay Reid
An employee of Dickinson Wright PLLC

